**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Winston Najee Reed,

Plaintiff,

v.

Lopez, et al.,

Defendants.

Case No.: 2:25-cv-01783-JAD-EJY

**ORDER**

Plaintiff submitted a civil rights complaint. ECF No. 1-1. Plaintiff neither paid the $405 filing fee nor filed an application to proceed *in forma pauperis*, one of which is necessary to commence a civil action.

Plaintiff must pay the filing fee or complete an application to proceed *in forma pauperis*. To proceed *in forma pauperis*, that is, without **prepaying** the filing fee, Plaintiff must comply with 28 U.S.C. § 1915(a) and Local Rule LSR 1-2. This requires Plaintiff to submit **three** documents to the Court including: (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, on this Court's approved form (*i.e.* pages 1 through 3 with the inmate's two signatures on page 3), (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (*i.e.* page 4 of this Court's approved form), and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

Accordingly, IT IS HEREBY ORDERED that no later than **November 13, 2026**, Plaintiff must either pay the $405 filing fee for a civil action or file with the Court: (1) a complete **Application to Proceed *in Forma Pauperis* for Inmate** on the Court's approved form; (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

IT IS FURTHER ORDERED that the Clerk of the Court **must** send to Plaintiff (1) the application to proceed *in forma pauperis* for inmates, and (2) instructions for completing this form.

IT IS FURTHER ORDERED that failure to pay the $405 filing fee or file a complete application to proceed *in forma pauperis* on or before **November 13, 2026**, will result in a recommendation to dismiss this action **without prejudice**. A dismissal without prejudice allows Plaintiff to file his case with the Court, under a new case number, when he is able to comply with LSR 2-1 and file a complete application to proceed *in forma pauperis* or pay the required filing fee.

DATED: October 14, 2026

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE